1  Steven H. Haney (CA Bar No. 71709)
2  HANEY, BUCHANAN, & PATTERSON LLP
   707 Wilshire Boulevard, 53rd Floor
3  Los Angeles, California 90017
4  Telephone: 213.228.6500
   Fasimile: 213.228.6501
5  Attorneys for Plaintiff ZEC S.p.A.

6
   Douglas V. Rigler
7  Jeffrey M. Goehring (CA Bar. No. 233002)
   YOUNG & THOMPSON
8  745 South 23rd Street, Suite 200
9  Arlington, Virginia 22202
10 Telephone: 703.521.2297
   Facsimle: 703.685.0573
11 Attorneys for Plaintiff ZEC S.p.A.

12 Franklin D. Ubell (SBN 67861)
   GREENBERG TRAURIG, LLP
13 3161 Michelson Drive, Suite 1000
14 Irvine, California 92612
   ubellf@gtlaw.com
15 Telephone: (949) 732-6500
   Facsimile: (949) 732-6501
16 Attorneys for Defendants
17 GANG YAN DIAMOND PRODUCTS, INC.

18

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| ZEC S.p.A., an Italian Corporation<br><br>Plaintiff,<br><br>vs.<br><br>GANG YAN DIAMOND PRODUCTS, INC., a California Corporation<br><br>Defendant. | CASE NO. CV 07 4350 AHM(PJWx)<br>Hon. A. Howard Matz<br><br>**CONSENT JUDGMENT**<br><br>Complaint Filed: 07/03/07<br>Trial Date: N/A |

1    WHEREAS ZEC S.p.A. ("ZEC") has brought suit for trademark infringement
2    pursuant to 15 U.S.C. § 1114; unfair competition under the Lanham Act 15 U.S.C.
3    § 1125(a); and unfair competition under Cal. Bus. & Prof. Code § 17200 et seq. in this
4    Court and
5    WHEREAS Defendant GANG YAN DIAMOND PRODUCTS, INC. ("Gang
6    Yan") has been duly served; and
7    WHEREAS the parties wish to resolve this action through this Consent Judgment;
8    NOW THEREFORE IT IS ORDERED AND DECREED AS FOLLOWS:
9    Gang Yan and all entities and individuals acting in concert with it are hereby
10   enjoined, effective immediately, from the manufacture, sale, import or offer to sell or to
11   advertise in the United States any product of a configuration or utilizing a trademark
12   identical or confusingly similar to the mark depicted in U.S. Trademark Reg. Nos.
13   1,691,166 and/or No. 1,717,483 and/or No. 3,047,342 in the United States except as may
14   be expressly authorized in writing by ZEC. Such products shall include continuous rim
15   cup wheels including those listed in the website of Beijing Gang Yan Diamond Product
16   Company of China under model Nos. CW-1, CW-2, CW04, CW45, CW05, CW07 and
17   any silicon carbide pad product of any material (including, without limitation plastic)
18   whether or not such product(s) is listed or depicted on any website, catalogue, and/or
19   marketing brochure, published or distributed by Gang Yan.
20   It is further ordered that this action shall be dismissed with prejudice, each party to
21   bear its own attorneys fees and costs.
22   ///
23   ///
24   ///

By their signatures attached hereto, the parties agree to the entry of this Consent Judgment.

IT IS SO STIPULATED.

Dated: 12/14/07

Steven H. Haney (CA Bar No. 71709)
HANEY, BUCHANAN, & PATTERSON LLP
707 Wilshire Boulevard, 53rd Floor
Los Angeles, California 90017
Telephone: 213.228.6500
Fasimile: 213.228.6501

Douglas V. Rigler
Jeffrey M. Goehring (CA Bar. No. 233002)
YOUNG & THOMPSON
745 South 23rd Street, Suite 200
Arlington, Virginia 22202
Telephone: 703.521.2297
Facsimle: 703.685.0573
Counsel for Plaintiff

Dated: 12/13/07

Franklin D. Ubell, (CA Bar No. 67861)
GREENBERG TRAURIG, LLP
3161 Michelson Drive, Suite 1000
Irvine, California 92612
Telephone: (949) 732-6500
Facsimile: (949) 732-6501
Counsel for Defendant

**IT IS SO ORDERED.**

1/9/08

United States District Judge

3

CONSENT JUDGMENT

OC 286,174,471v2 999972-015662